1  COUNSEL OF RECORD LISTED ON NEXT PAGE
2
3
4                                         # JS-6
5
6
7
8
9              UNITED STATES DISTRICT COURT
10              CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11 WILLIAM J. HARPER, individually and on behalf of all others similarly situated,<br><br>12<br><br>13         Plaintiff,<br><br>14 v.<br><br>15 RED ROBIN INTERNATIONAL, INC., a Nevada corporation and DOES 1 through 100, inclusive<br>16<br>17         Defendants. | CASE NO. SACV07-124 JVS (RNBx)<br><br>FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE<br><br>Hearing Date:<br>Date:        May 19, 2008<br>Time:        1:30 p.m.<br>Courtroom:   10C |
| 18<br>19 MATTHEW HUGGETT, an individual and on behalf of all others similarly situated,<br>20<br>21<br>22         Plaintiffs,<br>23<br>24 v.<br>25 RED ROBIN INTERNATIONAL, INC., a Nevada corporation and DOES 1 through 100, inclusive,<br>26<br>27<br>28         Defendants. | CASE NO. SACV06-181 JVS (RNBx) |

1 | JOSE GARAY, Bar No. 200494
JOSE GARAY, APLC
2 | 2030 Main Street, Suite 1300
Irvine, CA 92614
3 | Telephone: 949.260.9193
Facsimile: 949.260.9194
4 |
ROGER CARTER, Bar No. 140196
5 | THE CARTER LAW FIRM
2030 Main Street, Suite 1300
6 | Irvine, CA 92614
Telephone: 949.260.4737
7 | Facsimile: 949.260.4754

8 | SCOTT B. COOPER, Bar No. 174520
THE COOPER LAW FIRM, P.C.
9 | 2030 Main Street, Suite 1300
Irvine, CA 92614
10 | Telephone: 949.724.9200
Facsimile: 949.724.9255
11 |
Attorneys for Plaintiff WILLAM J. HARPER,
12 | on behalf of herself and all others similarly situated

13 | RICHARD E. QUINTILONE II, Bar No. 200995
QUINTILONE & ASSOCIATES
14 | 22974 El Toro Rd., Suite
Lake Forest, CA 90045
15 | Telephone: 949.770.9675
Facsimile: 949.770.9679
16 |
Attorneys for Plaintiff MATTHEW HUGGETT, on behalf of himself and on
17 | behalf of all others similarly situated

-1-
[Proposed] FINAL JUDGMENT AND ORDER OF DISMISSAL
WITH PREJUDICE

The Court has received and considered the proposed Stipulation for Class Action Settlement between Plaintiff and Defendant (hereinafter the "Settlement Agreement"); has previously granted preliminary approval of the class settlement that provided for conditional class certification; has been informed by declarations that notice to the Class of the settlement has been given to the Class; has held a fairness hearing at which all parties appeared by their Counsel and at which the Class Members were afforded the opportunity to object to the proposed settlement; has received and reviewed briefing and evidence as to why the proposed settlement is fair, adequate and in the best interests of the represented class; has considered all other arguments and submissions in connection with the proposed settlement.

**NOW THEREFORE, GOOD CAUSE APPEARING, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Settlement Agreement and the terms therein are fair, just, reasonable and adequate as to the settling parties, including the Class, and is hereby finally approved in all respects. The parties are hereby directed to perform the terms of the said Settlement Agreement and to report to the Court when that performance has been completed.

2. The Class represented herein by Plaintiff is defined as All California restaurant employees of Defendant Red Robin who worked from December 30, 2001 until the date of preliminary approval of this action and who were or are classified or treated as non-exempt by Defendant (the "Class Members") with respect to the following claims: All claims alleged in the Complaint, or which could reasonably have been stated in the Complaint, for missed meal and rest periods, and all derivative claims for interest, attorney's fees, costs and penalties (including, without limitation, any claims under the Private Attorney General's Act), arising under the applicable IWC Wage Orders (the "Covered Claims") with respect to the following period: From December 30, 2001 until the date of preliminary approval of this action (the "Covered Period").

3. The unopposed application of Class Counsel for costs and attorneys' fees award against Defendant is hereby granted. Defendant shall pay $500,000 in fees and litigation costs of $11,178.70 to The Cooper Law Firm, P.C., Jose Garay, APLC, Quintilone & Associates, and The Carter Law Firm ("Class Counsel"), with the payment to be made as provided for in the Settlement Agreement incorporated by reference. The Court hereby also awards class representative enhancements of $10,000 each to William J. Harper and Matthew Huggett. The class representative enhancements shall be paid in accordance with the terms of the Settlement Agreement. The Class Administrator, Rust Consulting, Inc., shall be paid in accordance with the terms of the Settlement Agreement. No other costs and fees relief shall be awarded, either against Defendant or any related persons or entities or from the award to the Class.

4. All Class Members, except those who timely opted out of the settlement, are bound by the instant Final Judgment and Order of Dismissal With Prejudice, and by the previously-approved Settlement Agreement. Each participating Class Member is hereby deemed to have released Defendants and any related parties, as defined in the Settlement Agreement, from the claims described in the Settlement Agreement. Each Class Member is barred from commencing or prosecuting any of the claims, either directly, representatively or in any other capacity, that are released by the Settlement Agreement.

5. This action is hereby dismissed on the merits with prejudice. The Court shall retain jurisdiction of this action. Jurisdiction shall be so retained for the purpose of resolving any disputes that may arise as to the implementation of the monetary relief terms of the Settlement Agreement. At such time as a report is received that the monetary relief terms of the Settlement Agreement have been

///

///

1  effectuated, the Court's jurisdiction shall be deemed terminated as a final matter for
2  all purposes.
3  IT IS SO ORDERED.
4
5  Dated: June 30, 2008
                                          _____
6                                         The Honorable James V. Selna
                                          Judge, U.S. District Court for the Central
7                                         District Of California